**No. 45819.**—Protests 945361–G, etc., of Dodge & Olcott Co. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.